[No. 2900–3.   Division Three.   October 11, 1979.]

*In the Matter of the Welfare of*
JEFFREY LYNN HAMILTON.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. J–660, Sidney R. Buckley, J., entered April 6, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff and Roe, JJ.

[No. 6107–1.   Division One.   October 15, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT G. SUTHERLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 8492, Dennis J. Britt, J., entered October 12, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson, A.C.J., and Farris, J.

[No. 6488–1.   Division One.   October 15, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDEL LEE SLACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83255, Barbara J. Rothstein, J., entered April 3, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen and Ringold, JJ.

[No. 6507–1.   Division One.   October 15, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. AL JAY JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84632, David W. Soukup, J., entered April 21, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and James, JJ.